**Chauncey A. WILLIAMS,
Plaintiff–Appellant,**

v.

**E. DAY, Food Service Manager,
N.C.C., Defendant–Appellee,**

**and**

**G.K. WASHINGTON, Defendant.**

No. 13–7572.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 27, 2014.

Chauncey A. Williams, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Day,* No. 1:12–cv–01129–TSE–TRJ, 2012 WL 5932469 (E.D. Va. Nov. 26, 2012 & filed Aug. 14, 2013, entered Aug. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*